IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Larry A
Mitchell, Patricia A
Printed: 7/24/07

Case Number: 07 B 11110
Judge: Wedoff, Eugene R
Filed: 6/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Transferred: July 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Credit Corp. | Secured | | No Claim Filed |
| 2. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 3. | Bank Of America | Unsecured | | No Claim Filed |
| 4. | Bank Of America | Unsecured | | No Claim Filed |
| 5. | Circuit City/FNANB | Unsecured | | No Claim Filed |
| 6. | Chase | Unsecured | | No Claim Filed |
| 7. | Emerge | Unsecured | | No Claim Filed |
| 8. | Discover Financial Services | Unsecured | | No Claim Filed |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 10. | Emerge | Unsecured | | No Claim Filed |
| 11. | First American Bank | Unsecured | | No Claim Filed |
| 12. | Sams Club | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Larry A
Mitchell, Patricia A
Printed: 7/24/07

Case Number: 07 B 11110
Judge: Wedoff, Eugene R
Filed: 6/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_